UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-128-GWU

PAMELA BLEVINS,            PLAINTIFF,

VS.        **<u>ORDER</u>**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,        DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion simultaneously entered in the above-styled action,

IT IS HEREBY ORDERED that:

(1)    the Defendant's motion for summary judgment is GRANTED;

(2)    the Plaintiff's motion for summary judgment is DENIED; and

(3)    the administrative decision will accordingly be AFFIRMED by separate Judgment entered this same date.

This the 25th day of March, 2009.



**Signed By:**

<u>*G. Wix Unthank*</u>

**United States Senior Judge**